## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **STEVEN D. LISLE, JR.,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | CASE NO.   19-cv-427-RJD |
| ) | |
| **FRANK LAWRENCE, et al.,** ) | |
| *Defendants.* ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This matter having come before the Court upon a Stipulation of Dismissal filed by the parties.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 3, 2021, this case is DISMISSED with prejudice. Each party to bear their own costs.

**DATED:** August 4, 2021

                                                    **MARGARET M. ROBERTIE**
                                                    **CLERK OF COURT**

                                                    **By:** *s/Jamie Melson*
                                                           **Deputy Clerk**

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**